Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE FRYDENLUND,<br><br>           Plaintiff,<br><br>  vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>           Defendant. | No. 2:23-cv-00044<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>[CLERK'S ACTION REQUIRED]<br><br>NOTE ON MOTION CALENDAR:<br>May 4, 2023 |

# I.
# STIPULATION

The undersigned parties having resolved this matter, it is stipulated by the parties that Plaintiff's claims be dismissed with prejudice and without costs or attorney's fees to any party and that the attached Order may be entered.

///

////

///

///

///

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE – PAGE 1
CAUSE NO. 2:23-CV-00044-JNW

3463579 / 1377.0234

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

Dated this 4th day of May, 2023.	Dated this 3rd day of May, 2023.

FORSBERG & UMLAUF, P.S.	GLP ATTORNEYS, P.S., INC.

By: *(signature)*	By: *(signature)*

Stephanie Andersen, WSBA #22250	Heather D. Webb, WSBA #39257
Galina Kletser Jakobson, WSBA #49501	*Attorneys for Plaintiff*
*Attorneys for Defendant*

## II.
## ORDER

THIS MATTER having come before the above-entitled court on the stipulation of the undersigned parties, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims of the Plaintiff be dismissed with prejudice and without costs or attorney's fees to any party.

It is so ORDERED.

DATED this 23rd day of May, 2023.

*(signature)*

Jamal N. Whitehead
United States District Judge

///

///

///

///

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE – PAGE 2
CAUSE NO. 2:23-CV-00044-JNW

3463579 / 1377.0234

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

1  ///

2  ///

3  Presented by:

4  FORSBERG & UMLAUF, P.S.

6  By: _____
   Stephanie Andersen, WSBA #22250
7  Galina Kletser Jakobson, WSBA #49501
   *Attorneys for Defendant*

10  Approved for Entry, Notice of Presentation Waived:

11  GLP ATTORNEYS, P.S., INC. P

14  By: _____
   Heather D. Webb, WSBA #39257
   *Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE – PAGE 3
CAUSE NO. 2:23-CV-00044-JNW

3463579 / 1377.0234

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX